**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS ENBORG,<br><br>        Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. CV 16-5343-VAP (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. Although the Court granted Petitioner an extension of time to file objections to the Report and Recommendation, no objections have been timely filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: March 30, 2017

                                      VIRGINIA A. PHILLIPS<br>                                      CHIEF U.S. DISTRICT JUDGE