**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS ENBORG, | Case No. CV 16-5343-VAP (JPR) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 30, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE